IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION
CASE NUMBER: 9:09-3188-MBS

| | |
|---|---|
| Glen F. Inabinett and Penny Inabinett,<br><br>                              Plaintiffs,<br><br>vs.<br><br>Clariant Corporation and<br>AZ Electronic Materials USA Corp.,<br><br>                              Defendants. | **CONSENT MOTION FOR SUBSTITUTION OF COUNSEL** |

The undersigned hereby moves pursuant to Local Rule 83.I.07, by and with the consent of Defendant Clariant Corporation and its counsel, for an order relieving C. Tyson Nettles, J. Blanton O'Neal, IV, Robert H. Hood, and the Hood Law Firm, LLC as counsel for Defendant Clariant Corporation and that attorneys John M. Grantland and E. Raymond Moore, III and the firm of Murphy & Grantland, P.A. be substituted as counsel in their stead.

The undersigned certifies that Clariant Corporation has consented to this substitution. Clariant Corporation's address is: Clariant Corporation, 4000 Monroe Road, Charlotte, NC 28205. Finally, Clariant Corporation has been informed that a corporation cannot proceed without counsel and it has elected to proceed with the firm of Murphy & Grantland, P. A.

| MURPHY & GRANTLAND, PA | HOOD LAW FIRM, LLC |
|---|---|
| *s/E. Raymond Moore, III* | *s/John Blanton O'Neal, IV* |
| John M. Grantland, Esquire Fed. ID No. 6424 | John Blanton O'Neal, IV |
| E. Raymond Moore, III, Fed. ID No. 6797 | 172 Meeting Street |
| 4406-B Forest Drive (29206) | Charleston, South Carolina  29401 |
| P.O. Box 6648 | (843) 577-4435 |
| Columbia, South Carolina  29260 | |
| (803) 782-4100 | |

Columbia, South Carolina
March 5, 2010